# EXHIBIT A

https://www.idahocountyfreepress.com/opinion/letter-the-bully-at-my-door/article_41ff6a26-a1ca-11ed-bc43-db56d935441b.html

# LETTER: 'The bully at my door'

Feb 1, 2023

The bully at my door. He said I am going to sexualize your kids! I had to push back. I wasn't looking to have a tussle; it came to my door. I said, how you gonna do that? He said I am gonna expose your kids at your school! I say to this aggressive bully, ##!!-/"# and you are not getting away with this! Here is what must happen. Our school (Riggins JSD 243) must strongly protect our children from sexually obscene material and influencing by adjusting school policy to abide by Idaho state law. This policy must apply to every part of our school (not just the school library, as we have recently found the school website promoting obscene, inappropriate links). This is all we are asking!

Now that the bully has grossly overstepped his bounds, we will not stop the pushback to protect our kids until the above-stated commonsense objectives are in place and our children are safeguarded by our school. Happily, we have renewed hope that our school board and leadership can and will help us safeguard our kids as they – upon realizing that our school website (the counselor's page) was promoting foul websites – acted quickly to remove the foul promotions. We applaud this common decency move and want such applied across the board. We must now finish the task of pushing back the bully by convincing JSD 243 that abiding by Idaho law is good and right. No loopholes, no excuses, put the bully in his place. Say, "no way, not here, not now and not later." Stop the bully, stop the sexualization! Now is the time! Are we asking so much?

Keith Markley

New Meadows