# EXHIBIT B



Trisha Simonson
Salmon River Joint School District Superintendent/
Riggins Elementary Principal
simonsont@jsd243.org
208-630-6027

February 12, 2023

Dear Keith Markley,

As requested, I am responding to your email in regards to your recent termination on Monday, February 9, 2023 at the meeting at Riggins Elementary at 8:10am. Though classified employees are regarded as at-will employees and may be dismissed at the will of either party and the employment relationship may be terminated at any time for any or no reason, I will try to address each of your items.

You are correct, I did not like your letter to the editor. You stated in the letter, "that our school website (the counselor's page) was promoting foul websites". This is untrue and slanderous. The Counselor's page had a list of resources with links to other resources and websites. Those websites also have links to resources and websites. This was not/is not a promotion of those subsequent sites. The district cannot control outside websites, nor see the material you refer to, as our filters block any/all content of that nature. I appreciated you saying that the district "acted quickly to remove the foul promotions", however it continued to imply that we were aware and promoting the content.

In addition, your letter brought down staff morale. Multiple staff members reported that your letter was upsetting. As this is the second time I have had to speak to you about speaking badly about the district, I could see that this was not a good fit. When the letter was published in the paper, I spoke to each board member and made them aware of your letter to the editor if they had not read it already. They did not know the details about how or when your termination would happen.

I thank you for the safety you provided to our student athletes during your time here as an employee.
On February 25, your final paycheck will be mailed to your address on file.

If you have not already, please return any District paperwork, files, and/or equipment by Tuesday, February 14, 2023. If you have further questions regarding your paperwork or final paycheck, you may contact our business manager Michelle Hollon 208-630-6027 hollonm@jsd243.org

Sincerely,

Trisha Simonson Superintendent

Salmon River JSD 243